ATTORNEY GRIEVANCE COMMISSION    \*    IN THE
OF MARYLAND                              COURT OF APPEALS

\*    OF MARYLAND

\*

                            Misc. Docket AG No. <u>48</u>

v.                                \*     September Term, 2019

CHARLES JOSEPH RYAN, III         \*

## ORDER

UPON CONSIDERATION of the Joint Petition for Indefinite Suspension filed by the Attorney Grievance Commission of Maryland and the Respondent, Charles Joseph Ryan, III, pursuant to Maryland Rule 19-736, in which the Respondent admits that he violated Rules 1.6, 1.9, and 8.4(d) of the Maryland Rules of Professional Conduct, it is this <u>20th</u> day of <u>November</u>, 2019,

ORDERED, by the Court of Appeals of Maryland, that Respondent, Charles Joseph Ryan, III, be, and he hereby is, indefinitely suspended from the practice of law in the State of Maryland, effective immediately; and it is further

ORDERED, that, the Clerk of the Court shall remove the name Charles Joseph Ryan, III from the register of attorneys in this Court, notify the Respondent in accordance with Maryland Rule 19-742 (a)(1), and comply with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk